UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACY BURDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-705 JCH (LMB) |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 17, 2007. See 28 U.S.C. § 636. Magistrate Judge Blanton recommends that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner be reversed and the Court remand this case to the Commissioner for further proceedings consistent with the Report and Recommendation. Magistrate Judge Blanton also recommendations that the Court not retain jurisdiction. Neither party has filed objections.

After reviewing entire record, the Court concurs with Magistrate Judge Blanton's findings, and will adopt his Report and Recommendation. Accordingly, the Court will remand this matter to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

Accordingly,

---

[1] Pursuant to Fed. Rule of Civ. Pro. 25(d)(1), Michael J. Astrue, who became Commissioner of Social Security on February 12, 2007, has been substituted for Jo Anne B. Barnhart, the former Commissioner of Social Security.

1

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 22) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 4th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE