UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACY BURDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-705 JCH (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

Dated this 4th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE